United States Courts
Southern District of Texas
F I L E D

NOV 19 2020

David J. Bradley
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| | § § | V-20-133 |
| JOEL CHIPPS | § | |
| BRANDY WELCH | § | |
| AKA BRANDY JEAN WELCH | § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about August 6, 2020, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JOEL CHIPPS,
BRANDY WELCH
and AKA BRANDY JEAN WELCH,

did knowingly and intentionally conspire with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: *[signature: Patti Hubert Booth]*
PATTI HUBERT BOOTH
Assistant United States Attorney